# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TENARIS S.A. and TALTA-TRADING E MARKETING SOCIEDADE UNIPESSOAL LDA,<br><br>                       Petitioners,<br><br>                       v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                       Respondent. | Civil Action No. 1:18-cv-01373 (CJN) |

## ORDER GRANTING PETITIONERS' MOTION TO ALTER OR AMEND THE JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 59(e)

Upon consideration of the Motion to Alter or Amend the Judgment under Federal Rule of Civil Procedure 59(e) filed by Petitioners Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda (together, the "Petitioners"), the Declaration of Elliot Friedman, and the entire record of this case, it is hereby

**ORDERED** that the Petitioners' Motion to Alter or Amend the Judgment under Federal Rule of Civil Procedure 59(e) is **GRANTED**. It is further

**ORDERED** that the judgment entered on August 24, 2021 is hereby **ALTERED** and judgment is accordingly entered in favor of Petitioners Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal LDA against Respondent Bolivarian Republic of Venezuela in the amount of $280,667,040.00 USD. It is further

**ORDERED** that post-judgment interest shall begin to accrue from August 24, 2021 pursuant to 28 U.S.C. § 1961.

It is so **ORDERED**.

1

DATE: November 5, 2021

_____
CARL J. NICHOLS
United States District Judge



**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK

2